479 A.2d 1146

Commonwealth v. Nickol, Appellant.

Submitted May 4, 1984. Basil G. Russin, Chief Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.